UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES, et al.,<br><br>  Defendants. | CASE NO. C21-5225-RJB<br><br>ORDER ON REVIEW OF MOTION FOR RECUSAL |

This matter is before the Court on Plaintiff Brenda M. Johnson's Motion seeking recusal of the Honorable Robert J. Bryan. Dkt #10. Judge Bryan has reviewed this Motion, declined to recuse, and in accordance with this Court's Local Civil Rules, referred this matter to the undersigned for review. Dkt. #11; LCR 3(f).

A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the

matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding." "[A] judge's prior adverse ruling is not sufficient cause for recusal." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986); *see also Taylor v. Regents of Univ. of Cal.*, 993 F.2d 710, 712 (9th Cir. 1993) ("To warrant recusal, judicial bias must stem from an extrajudicial source.").

The Court has reviewed the above Motion and finds that Plaintiff has failed to demonstrate bias. Plaintiff states only that Judge Bryan has "knowledge of prior cases administer for proceedings," has handled related cases, and that Plaintiff "believers [sic] the Judge Robert J Bryan has perform [sic] his duties bias and prejudice." Dkt. #10. Judge Bryan's involvement in related cases, even if true, is a typical practice of this Court and cannot constitute an extrajudicial source of bias.

Petitioner has otherwise failed to present a reasonable basis to question Judge Bryan's impartiality. Accordingly, the Court finds and ORDERS that Judge Bryan's Order declining to recuse himself, Dkt. #11, is AFFIRMED.

DATED this 17th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE