UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA M JOHNSON,<br><br>     Plaintiff,<br> v.<br><br>UNITED STATES, et al.,<br><br>     Defendants. | Case No. C21-5225 RJB<br><br>REPORT AND RECOMMENDATION<br><br>Noted for September 10, 2021 |

This matter comes before the Court on plaintiff's failure to respond to the Court's Order to Show Cause.

Plaintiff filed a motion for leave to proceed *in forma pauperis* and proposed complaint. Dkt. 1, 6. On July 22, 2021, the Court ordered plaintiff to show cause why plaintiff's complaint should not be dismissed or file a proposed amended complaint to cure, if possible, the deficiencies the Court identified in plaintiff's complaint. Dkt. 9. The Court informed plaintiff that the proposed complaint was fatally deficient for failure to state a claim and for failing to exhaust her administrative remedies under the Federal Tort Claims Act. *Id*. The deadline for plaintiff's response was set for August 13, 2021. *Id*. Plaintiff has not responded to the Court's order to show cause and has not submitted a proposed amended complaint.

The undersigned recommends the Court DISMISS plaintiff's complaint without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

1  Plaintiff has **fourteen (14) days** from service of this Report and
2  Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule
3  of Civil Procedure (FRCP) 72(b); *see also* FRCP 6. Failure to file objections will result in
4  a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140
5  (1985). Accommodating the above time limit, the Clerk shall set this matter for
6  consideration on **September 10, 2021**, as noted in the caption.

Dated this 25th day of August, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2